# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIGITAL VERIFICATION SYSTEMS, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>KDAN MOBILE SOFTWARE AMERICA, INC.<br><br>        Defendant. | C.A. No.: 23-455 (CFC) |

## AGREED-UPON MOTION AND [PROPOSED] ORDER TO EXTEND TIME

Counsel for Plaintiff Digital Verification Systems, LLC was in contact with a representative of Defendant Kdan Mobile Software America, Inc. ("Defendant") and agreed, with the Court's permission, that the deadline for Defendant to answer, plead, or otherwise respond to the Complaint (D.I. 1) shall be extended to June 15, 2023.

Dated: May 15, 2023

Respectfully submitted,

PHILLIPS, MCLAUGHLIN & HALL, P.A.

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)

Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, Delaware 19806
(302) 655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com

*Of Counsel*

René A. Vazquez
Virginia Bar No. 4198
GARTEISER HONEA, PLLC
18296 St. Georges Ct.
Leesburg, VA 20176
(703) 989-2244
rvazquez@ghiplaw.com

*Attorneys for Plaintiff*

SO ORDERED this ____ day of_____, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE