# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DIGITAL VERIFICATION SYSTEMS, LLC,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**KDAN MOBILE SOFTWARE AMERICA, INC.**<br><br>    **Defendant.** | C.A. No.: 1:23-cv-00455-CFC |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and 41(a)(1)(B), Plaintiff Digital Verification Systems, LLC respectfully submits this notice of voluntary dismissal WITHOUT PREJUDICE of Defendant Kdan Mobile Software America, Inc.

Dated:  May 30, 2023

Respectfully Submitted,

*/s/  John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
**Phillips, McLaughlin & Hall, P.A.**
1200 North Broom Street
Wilmington, DE 19806
Tel: (302) 655-4200
Fax: (302) 655-4210
jcp@pmhdelaw.com

mch@pmhdelaw.com

René A. Vazquez, *Pro Hac Vice*
Virginia Bar No. 41988
rvazquez@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

**COUNSEL FOR PLAINTIFF**